**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 07-cv-00326-LTB

PAULA JOYCE,

    Plaintiff,

v.

CAC FINANCIAL CORP., an Oklahoma corporation,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed March 20, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                          BY THE COURT:

                                                           s/Lewis T. Babcock
                                                           Lewis T. Babcock, Chief Judge

DATED: March 21, 2007